IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN HERNANDEZ MORENO,

        Petitioner,                    No. 2:10-cv-3423 KJN P

   vs.

UNKNOWN,

        Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        The application attacks a conviction issued by the Superior Court of Santa Barbara.[1] While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's

---

[1] In the first sentence of the petition, petitioner claims he is attacking a judgment from the "Supreme Court of California of San Francisco." (Dkt. No. 1 at 1.) However, petitioner appended a copy of his filing in the appellate court, which makes clear that petitioner was convicted in Santa Barbara County. (Dkt. No. 1 at 11.) Petitioner also noted he filed a petition for review in the Court of Appeal for the Second Appellate District, Division Six, which is located in Ventura, California. (Dkt. No. 1 at 2.)

application are more readily available in Santa Barbara County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

2. This matter is transferred to the United States District Court for the Central District of California.

DATED: December 28, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

more3423.108